IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:17-CR-96 |
| : | |
| v. : | (Judge Conner) |
| : | |
| GERMAINE D. HILL (1), : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 4th day of August, 2020, upon consideration of the motion (Doc. 68) by defendant Germaine D. Hill for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Hill's motion (Doc. 68) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania